UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


In re Lorro, Inc.                              Case No. 06-45353-MBM
                                               Chapter 7
            Debtor.                            Hon. Marci B. McIvor
_____/

Mark H. Shapiro, Trustee,

            Plaintiff,

v.                                             Adv. P. No. 08-4495

Meridian Automotive Systems
(Delaware), Inc.

            Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT

For the reasons set forth in the Court's opinion issued on July 25, 2008;

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Complaint is

granted.


**Signed on July 25, 2008**

                            _____
                                  **/s/ Marci B. McIvor**
                            **Marci B. McIvor**
                            **United States Bankruptcy Judge**